UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,      :
                               :
v.                             :
                               :
GRADY BLACKMON,                :
                Defendant.     :
-----------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/17
```

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

16 CR 328 (VB)

     The Court has reviewed the transcript of the plea allocution in the above-captioned case,

the charging papers, and all other pertinent parts of the record.   The Report and

Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated

February 14, 2017, is approved and accepted, and the defendant is adjudged guilty of the

lesser-included offense charged in Count One, namely a violation of 21 U.S.C. §§ 846 and

841(b)(1)(C).

     The Clerk is directed to enter the guilty plea.

Dated: March 20, 2017
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge