UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

GRADY BLACKMON,
                          Defendant.
------------------------------------------------------------x



**ORDER**

16 CR 328-10 (VB)

For the reasons discussed at the violation of supervised release revocation hearing on March 11, 2020, Grady Blackmon is hereby ORDERED to reside in a Residential Reentry Center ("RRC") for a period of 3 Months, at a location to be determined and designated by the Bureau of Prisons; and he is required to comply with the RCC rules and regulations. BOP shall make this designation no later than April 13, 2020.

Dated: March 12, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge