# BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL.   +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

May 14, 2020

The Hon.Vincent L. Briccetti
Federal Building and US courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE:  US. Grady Blackmon 16-cr-328

Dear Judge:

> APPLICATION GRANTED
> The date for defendant to self-surrender is extended to July 15, 2020.
> SO ORDERED:
> *[signature]*
> Vincent L. Briccetti, U.S.D.J. 5/14/2020

I write to request a sixty (60) day extension of Mr. Blackman's scheduled self-surrender. BOP designated Mr. Blackmon , and notified him *today* of his placement and need to report tomorrow.  He is set to self-report to FCI Canaan.

As the Court probably remembers, Mr. Blackman is in poor health and advanced in age which puts him at greater risk due to COVID-19. An extension will allow for a better scope of the progression of COVID-19 and the BOP's efforts to contain and/or treat those inmates testing positive in their facilities.

I have spoken to AUSA and they have no objection to this request.

We appreciate your consideration. If you need any further information, please do not hesitate to contact me. Thank you.

Sincerely,

*Bradley L. Henry*

Bradley L. Henry