# BREEDING HENRY BAYSAN

USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/20

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
New York, NY 10006
TEL. +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX. +1 212.779.4457
bhenry@bhblegal.com

July 9, 2020

The Hon. Vincent L. Briccetti
Federal Building and U.S. Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 7/9/20
White Plains, NY

The date for self-surrender
is extended to 9/15/2020

RE:  US. Grady Blackmon 16-cr-328

Dear Judge Briccetti:

I write to request an additional sixty (60) day extension of Mr. Blackman's scheduled self-surrender currently scheduled for July 15, 2020. BOP designated Mr. Blackmon to self-report to FCI Canaan instead of a halfway house, as previously agreed, due to his outstanding state court charge that formed the basis of this violation.

As the Court probably remembers, Mr. Blackmon is in poor health and advanced in age which puts him at greater risk due to COVID-19. An extension will allow for a better scope of the progression of COVID-19 and the BOP's efforts to contain and/or treat those inmates testing positive in their facilities.  It will also allow Mr. Blackmon additional time to deal with his state charge that will hopefully eliminate any concern over the current designation.

I have spoken to AUSA Derek Wickstrom and he has no objection to this request.

We appreciate your consideration. If you need any further information, please do not hesitate to contact me. Thank you.

Sincerely,

*Bradley L. Henry*

Bradley L. Henry