UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

       USA ,
                     Plaintiff(s),

v.

       Grady Blackmon
                     Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/20

**CALENDAR NOTICE**

16 CR 328 (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

| | |
|---|---|
| ___ Status conference | ___ Final pretrial conference |
| ✓ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ___ Sentencing |

on __12-2-__, 20 20, at __9:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ _____.

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance. **The Call in number is 888-363-4749   Access Code 1703567.**

Dated: __9-14__, 20 20
White Plains, NY

SO ORDERED:
_[signature]_
9/14/20