# M|R  MICHELMAN & ROBINSON, LLP
## ATTORNEYS AT LAW

**BRADLEY L. HENRY**
bhenry@mrllp.com

New York Office
800 Third Avenue
24th Floor

**BY EMAIL**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

> **APPLICATION GRANTED:**
> Mr. Blackmon's self-surrender date is extended to **December 14, 2020**. By separate order the Court will schedule a telephone conference in this matter for sometime in late November.
> SO ORDERED:
> _____
> Vincent L. Briccetti, U.S.D.J.         9/12/2020

Re:   <u>United States v. Grady Blackmon</u>, 16 Cr. 328-VLB

Dear Judge Briccetti:

I write to update the Court on Mr. Blackmon's self-surrender and state case, and to ask for another adjournment of his self-surrender date. Mr. Blackmon is currently scheduled to self-surrender next Tuesday September 15, 2020. However, because Mr. Blackmon's state case has not concluded, he has been designated to FCI Canaan not a halfway house as agreed in court at the revocation hearing.

Mr. Blackmon was originally meant to attend treatment at an in-patient drug treatment facility. However, because of insurance issues he was unable. As a second option the government, probation and counsel for Mr. Blackmon agreed that a halfway house was appropriate. However, probation has informed the government and me that he was instead designated to FCI Canaan – which is nothing like a halfway house – because of his pending state charge. This designation goes against the spirit of the agreement of all parties and this Court's Order.

Mr. Blackmon received notice this week that his next conference in the state court matter is scheduled for November 12, 2020. As such, we request a date after November 1 to understand what happened at the conference and to better assess the path to placing Mr. Blackmon at a halfway house, not send him back to prison.

In addition, Mr. Blackmon is in poor health and advanced in age, which puts him at great risk from COVID-19. Thus, we ask that this Court extend the self-surrender date to a time after November 12, 2020 to revisit this issue.

Thank you for your consideration. Please let me know if you have any questions.

Sincerely,

**MICHELMAN & ROBINSON, LLP**

Los Angeles   |   Orange County   |   San Francisco   |   Chicago   |   New York

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
September 11, 2020
Page 2

*s/Bradley L. Henry*

Bradley L. Henry

cc: ECF